UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY FORD,<br><br>             Plaintiff,<br><br>       v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>             Defendant. | Case No. 21-cv-02231-TSH<br><br>**ORDER TO SHOW CAUSE** |

On July 1, 2021, the parties informed the Court that they settled this case and anticipated filing a dismissal within 30 days. ECF No. 17. The Court vacated all pending deadlines and directed the parties to file a dismissal or joint status report by August 02. ECF No. 18. As there had been no further docket activity as of that date, the Court extended the deadline to August 16, ECF No. 19, yet there has still been no response. Accordingly, the Court **ORDERS** Plaintiff Brittany Ford to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 26, 2021. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 9, 2021 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case may be dismissed without prejudice. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 17, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge